UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MATTHEW VERHINE,

                      Plaintiff,

-against-

COUNTY OF NASSAU, et al.,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 3232 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 24, 2006, dismissing the case, without prejudice, for lack of prosecution; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the case, without prejudice, for lack of prosecution.

Dated: Brooklyn, New York
         March 27, 2006

                                        ROBERT C. HEINEMANN
                                        Clerk of Court